Matthew M. Haar, Esq. (85688)
Saul Ewing LLP
2 N. Second Street, 7th Floor
Harrisburg, PA 17101
mhaar@saul.com – 717-257-7508

*Attorneys for Defendant*
*Talisman Energy USA Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS CHAFFEE, CAROL CHAFFEE, BILL FERULLO, ALICIA FERULLO, and LOIS KLOTZ<br><br>Plaintiffs,<br><br>v.<br><br>TALISMAN ENERGY USA INC.; and CENTRAL NEW YORK OIL AND GAS COMPANY, L.L.C.;<br><br>Defendants. | No. 3:14-CV-00690<br><br>Hon. Malachy E. Mannion<br><br>Electronically Filed |

## CORPORATE DISCLOSURE STATEMENT
## BY DEFENDANT TALISMAN ENERGY USA INC.

Defendant Talisman Energy U.S.A. Inc. ("Talisman USA") by and through its undersigned counsel, makes this disclosure pursuant to Fed. R. Civ. P. 7.1.

Talisman USA is a Delaware corporation with its principal place of business in Warrendale, Pennsylvania. Talisman USA is an indirect, wholly-owned subsidiary

of Talisman Energy Inc., based in Alberta, Canada. Talisman Energy Inc. is publicly traded on the New York Stock Exchange under the ticker symbol "TLM."

Respectfully submitted,

Dated: June 20, 2014                    /s/ Matthew M. Haar
                                        Matthew M. Haar, Esq. (85688)
                                        Saul Ewing LLP
                                        2 N. Second Street, 7th Floor
                                        Harrisburg, PA  17101
                                        717-257-7508 – mhaar@saul.com

                                        *Attorneys for Defendant*
                                        *Talisman Energy USA Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2014, I served a true and correct copy of the foregoing *Corporate Disclosure Statement* upon the following persons in the manners indicated:

> ***Via ECF Filing***
> Edward Ciarimboli, Esq.
> Clancy Boylan, Esq.
> Fellerman & Ciarimboli
> 183 Market Street, Suite 200
> Kingston, PA 18704
>
> *Counsel for Plaintiffs*
>
> ***Via First Class Mail, Postage Prepaid***
> Central New York Oil & Gas Company
> c/o Corporation Service Company
> 2595 Interstate Drive, Suite 103
> Harrisburg, PA 17110

Dated: June 20, 2014    /s/ Matthew M. Haar
                        Matthew M. Haar